```
          UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                  AT CHARLESTON
```

SHAUN P. FOSTER,

      Plaintiff,

v.                                          Case No. 2:13-0014354

CAROLYN W. COLVIN,
Commissioner of Social Security,

      Defendant.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on August 4, 2014; and the magistrate judge having recommended that the court deny plaintiff's brief (*i.e.*, motion) in support of judgment on the pleadings and dismiss this matter from the court's docket; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

1. The findings made in the Proposed Findings and Recommendation of the magistrate judge be, and hereby are, adopted by the court and incorporated herein;

2. The plaintiff's brief or motion in support of judgment on the pleadings be, and hereby is, denied;

3. That the decision of the Commissioner be, and it hereby is, affirmed.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

DATED: September 3, 2014

John T. Copenhaver, Jr.
United States District Judge